1 | Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
2 | 106 West Seventh Street
P.O. Drawer H
3 | Reserve, LA 70084-2095
Telephone: (985) 536-1186
4 | Facsimile: (985) 536-6445
Attorneys for Plaintiffs
5

**FILED**

**JUL 2 7 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**Case No.: 06-2814 CRB**

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

14

15 | James Butler, et al.,

16 | Plaintiffs

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

17 | vs.

18 | Pfizer Inc,

19 | Defendant.

20

21

22 | Come now the Plaintiff, Perry Coley, in the above-entitled action and Defendant, by and through

23 | the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 | stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    each side bearing its own attorneys' fees and costs.

2

3

4    DATED: July 22 2010        By:

5
                              **BECNEL LAW FIRM, L.L.C.**
6                              106 West Seventh Street
                              P.O. Drawer H
7                              Reserve, LA 70084-2095
                              Telephone: (985) 536-1186
8                              Facsimile: (985) 536-6445

9                              *Attorneys for Plaintiffs*

10

11   DATED: July 22, 2010        By:

12
                              **DLA PIPER LLP (US)**
13                             1251 Avenue of the Americas
                              New York, New York 10020
14                             Telephone:  (212) 335-4500
                              Facsimile:  (212) 335-4501
15
                              *Defendants' Liaison Counsel*
16

17

18
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
19   **IT IS SO ORDERED.**

20

21   Dated: July 23, 2010

22                             Hon. Charles R. Breyer
                              United States District Court
23

24

25

26

27

28
                              -2-